**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

    Chapter 13

    Bankruptcy No. 17-13261-MDC

SAMUEL A. MOSLEY

6164 LINDBERGH BLVD

PHILADELPHIA, PA 19142-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SAMUEL A. MOSLEY

6164 LINDBERGH BLVD

PHILADELPHIA, PA 19142-

Counsel for debtor(s), by electronic notice only.

ROBERT N BRAVERMAN
LAW OFFICE OF ROBERT BRAVERMAN
1515 MARKET ST, 15TH FLOOR
PHILADELPHIA, PA 19102-

Date: 11/28/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee