IN THE UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| SAMUEL MOSLEY | : CASE NO. 17-13261 |
| | : |
| DEBTORS | : PLAN OBJECTION |
| | : |
| PENNSYLVANIA DEPARTMENT OF REVENUE, | : HEARING DATE AND TIME |
| | : December 21, 2017 @ 9:30 |
| | : |
| MOVANT | : |
| | : |
| V. | : |
| | : |
| SAMUEL MOSLEY, | : |
| RESPONDENT | : RELATED TO DOCKET 27 |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S
OBJECTION TO DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN

I, A. James Millar, certify under penalty of perjury that I served the above captioned pleading on Objection to Debtor's First Amended Chapter 13 Plan on the parties at the below addresses, on December 8, 2017 by:

17-13261-MDC Notice will be electronically mailed to:

Albert James Millar at
Jmillar@pa.gov

United States Trustee at
USTPRegion03.PH.ECF@usdoj.gov

William C. Miller
ecfemails@ph13trustee.com.philaecf@gmail.com

Robert Neil Braverman
robert@bravermanlaw.com

Rebecca Ann Solarz
bkgroup@kmllawgroup.com

Matteo Samuel Weiner
bkgroup@kmllawgroup.com

17-13261-MDC Notice will not be electronically mailed to:

Executed on:    December 11, 2017            By:  /s/ Albert James Millar
                                            Counsel
                                            PA Department of Revenue
                                            Office of Chief Counsel
                                            Dept. 281061
                                            Harrisburg, PA 17128-1061
                                            Attorney I.D.  62053
                                            (717) 346-4649
                                            Facsimile (717) 772-1459
                                            jmillar@pa.gov