**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SAMUEL A. MOSLEY                    Chapter 13

Debtor                    Bankruptcy No. 17-13261-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___29th___ day of ___March___, 201_8_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT N BRAVERMAN
LAW OFFICE OF ROBERT BRAVERMAN
1515 MARKET ST, 15TH FLOOR
PHILADELPHIA, PA 19102-

Debtor:
SAMUEL A. MOSLEY

6164 LINDBERGH BLVD

PHILADELPHIA, PA 19142-