_____

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
_____

IN THE MATTER OF: : CHAPTER 13

SAMUEL A. MOSLEY, : CASE #17-13261/MDC

    Debtor. : Hearing Date: 05/03/2018 @ 11:00 am

**NOTICE OF MOTION SEEKING ORDER TO
REINSTATE CHAPTER 13 CASE**

    ROBERT N. BRAVERMAN, attorney for the above captioned debtor, has filed papers with the Court seeking to reinstate the within Chapter 13 case.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

    1.    If you do not want the Court to grant the relief sought in the Motion or if you want the Court to consider your views on the Motion, then on or before April 26, 2018 you and your attorney must do all of the following:

    (a)    File an answer explaining your position at:

> U.S. BANKRUPTCY COURT
> 900 Market Street, Suite #400
> Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    Mail a copy to the Movant's attorney:

> Robert N. Braverman, Esquire
> LAW OFFICE OF ROBERT BRAVERMAN, LLC
> 1060 N. Kings Hwy., Suite #333
> Cherry Hill, NJ 08034
> (856) 348-0115
> (856) 414-1230-fax

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the Motion.

3. A hearing on the Motion is scheduled to be held before the Honorable Magdeline D. Coleman, USBJ on <u>May 3, 2018 @ 11:00 am.</u> in Courtroom # 2 , United States Bankruptcy Court, <u>900 Market Street, Suite #400, Philadelphia, PA 19107</u>.

4. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an Answer.

> LAW OFFICE OF ROBERT BRAVERMAN, LLC
> Attorneys for Debtor,
>
> By: /s/ Robert N. Braverman
> ROBERT N. BRAVERMAN, ESQUIRE

DATED:    04/04/2018