## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| SAMUEL A. MOSLEY, | : | CASE #17-13261/MDC |
| Debtor. | : | **CERTIFICATE OF SERVICE** |

KATHY BROCIOUS, of full age, certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC, attorneys for the above-captioned debtor.

2. On April 6, 2018, I electronically filed with the U.S. Bankruptcy Court a Motion to Reinstate the within Chapter 13 Case together with supporting Certification, proposed form of Order, and Notice thereof.

3. On or about April 9, 2018, I forwarded to all parties in interest (See Service List) a copy of the attached transmittal letter and a copy of each of the aforementioned documents via regular mail, postage paid thereon.

4. The following parties also received notice via electronic delivery:

   U.S. Trustee's Office;

   William C. Miller, Chapter 13 Trustee;

   U.S. ROF III Legal Title Trust 2015-1 by U.S. Bank Nat'l Assn c/o
   Kevin G. McDonald, Esquire AND Rebecca Ann Solarz, Esquire
   AND Matteo Samuel Weiner, Esquire, ALL of KML Law Group, P.C.;

   PA Dept of Revenue – Attn: Albert James Millar, Esquire

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED:    April 9, 2018

/s/  Kathy Brocious
KATHY BROCIOUS

# Law Office Of
# Robert Braverman, LLC
## Attorney At Law

1060 N. Kings Highway, Suite 333
Cherry Hill, NJ 08034
Email: robert@bravermanlaw.com
Telephone (856) 348-0115  Facsimile (856) 414-1230

Robert N. Braverman *+#

* Also Member of PA Bar
+ BOARD CERTIFIED –
   American Board of Certification
   Consumer Bankruptcy Law
# BOARD CERTIFIED –
   American Board of Certification
   Business Bankruptcy Law

PHILADELPHIA OFFICE

15th Floor
1515 Market Street
Phila., PA 19102

Telephone (215) 928-9199

April 8, 2018

To All Parties on Attached Service List

RE:  **SAMUEL A. MOSLEY – Bkrtcy. Case #17-13261/MDC**

Sir/Madam:

Enclosed please find Motion Seeking Order Reinstating Chapter 13 Bankruptcy, supporting Certification, proposed form of Order, and Notice thereof scheduling a hearing on the matter for **May 3, 2018 @ 11:00 am at 900 Market Street, Courtroom #2, Phila., PA 19107**.  Please be guided accordingly.

Very truly yours,

*/s/  Robert N. Braverman*

ROBERT N. BRAVERMAN

RNB/kb
Enclosures

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Phila., PA 19107-4405

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105-1229

Samuel A. Mosley
6164 Lindbergh Blvd.
Phila., PA 19142

U.S. ROF III Legal Title Trust 2015-1
U.S. Bank National Association c/o
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106-1532

Specialized Loan Servicing c/o
Bonial & Associates, P.C.
PO Box 9013
Addison, TX 75001

PA Housing Finance Agency / HEMAP
Jada S. Greenhowe, Assistant Counsel
211 North Front Street
PO Box 8029
Harrisburg, PA 17105

U.S. ROF III Legal Title Trust 2015-1
U.S. Bank National Association c/o
Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106-1532

PA Dept of Revenue-Bureau of Compliance
Attn: David Rupert, Bkrtcy Specialist
4th & Walnut Streets
Harrisburg, PA 17128-0946

Specialized Loan Service c/o
Andrew Kussmaul, Authorized Agent
Buckley Madole, P.C.
PO Box 9013
Addison, TX 75001

U.S. ROF III Legal Title Trust 2015-1
U.S. Bank National Association c/o
Matteo Samuel Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106-1532

PA Dept of Revenue-Bureau of Compliance
Attn: Albert James Millar, Esquire
Office of Chief Counsel
PO Box 281061
Harrisburg, PA 17128-1061

Internal Revenue Service
Attn: Victoria Mosby, Bkrtcy. Specialist
600 Arch Street, Room 5200
Phila., PA 19106

City of Phila – Water & Sewer
Marissa O'Connell, Deputy City Solicitor
Water Revenue Bureau
1401 JFK Blvd.
Phila., PA 19102-1663

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Phila., PA 19101-7346

PA Housing Finance Agency / HEMAP
Attn: Bankruptcy Dept.
211 North Front Street
PO Box 15530
Harrisburg, PA 15530

Specialized Loan Servicing
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129

Springleaf Formerly AGF
Evansville Account
600 N. Royal Avenue
Evansville, IN 47715

Springleaf Financial c/o
LVNV Funding, LLC
625 Pilot Road, Suite 2/3
Las Vegas, NV 89119

PA Dept of Revenue
Bureau of Individual Taxes
PO Box 280502
Harrisburg, PA 17128-0502

Enterprise Rent-A-Truck
170 Radnor Chester Road, Suite 200
Wayne, PA 19087

PECO
Bankruptcy Group
2301 Market Street, N3-1
Phila., PA 19103

Phila Gas Works
Attn: Bankruptcy Dept.
800 W. Montgomery Avenue, 3rd Floor
Phila., PA 19122

Rent A Center
1102 Chester Pike
Sharon Hills, PA 19079

Springleaf Financial / LVNV Funding c/o
Michael F. Ratchford, Esquire
120 N. Keyser Avenue
Scranton, PA 18504-5511

TD Bank
2035 Limestone Road
Wilmington, DE 19808

Internal Revenue Service
U.S. Attorney General
Ben Franklin Station
PO Box 227
Washington, DC 20044

Internal Revenue Service – PA
Office of Attorney General
Strawberry Square – 16th Floor
Harrisburg, PA 17120

Internal Revenue Service – PA
U.S. Attorney's Office
615 Chestnut Street, 12th Floor
Phila., PA 19106

Springleaf Financial Services, Inc.
Attn: Jay N. Levine, CEO
PO Box 59
Evansville, IN 47701-0059

LVNV Funding LLC c/o
Resurgent Capital Services
PO Box 10675
Greenville, SC 29603