United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 17-13261-mdc
Samuel A. Mosley                                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina            Page 1 of 2            Date Rcvd: May 04, 2018
                                Form ID: pdf900          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
```
db            +Samuel A. Mosley,    6164 Lindbergh Blvd,    Philadelphia, PA 19142-3414
13914581       City of Philadelphia Water/Sewer,    Water Revenue Bureau,    1401 JFK Boulevard,
                 Philadelphia, PA 19102-1663
13914582      +Enterprise Rent-A-Car,    600 Corporate Park Drive,    St. Louis, MO 63105-4211
13914585      +IRS- PA Attorney General United States,    Ben Franklin Station,    P.O. Box 227,
                 Washington, DC 20044-0227
13914586      +IRS-PA  Penn. Office of Attorney General,    16th Floor-Strawberry Square,
                 Harrisburg, PA 17120-0001
13914587      +IRS-PA Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114-0326
13914588      +IRS-PA US Attorney's Office,    615 Chestnut Street,    12th Floor,    Philadelphia, PA 19106-4404
13914589       PA Department of Revenue,    Bureau of Individual Taxes,    P.O. Box 280502,
                 Harrisburg, PA 17128-0502
13914590       PA Housing Finance Agency HEMAP,    Attn: Bankruptcy Department,    211 North Front Street,
                 P.O. Box 15530,    Harrisburg, PA 17105-5530
13914592      +Philadelphia Gas Works,    Attn: Bankruptcy Dept,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2898
13952842      +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    Atty for NBS Specialized Loan Services,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13914593      +Rent A Center,    1102 Chester Pike,    Sharon Hill, PA 19079-1919
14019210      +Robert N. Braverman, Esquire,    Law Office of Robert Braverman, LLC,
                 1060 N. Kings Hwy., Suite #333,    Cherry Hill, NJ 08034-1910
13914594      +Specialized Loan Servicing,    8742 Lucent Blvd., Suite 300,    Highlands Ranch, CO 80129-2386
13914595      +Springleaf Financial,    c/o LVNV Funding LLC,    625 Pilot Road, Suite 2/3,
                 Las Vegas, NV 89119-4485
13914598      +TD Bank,    2035 Limestone Road,    Wilmington, DE 19808-5529
13933801      +U.S. Bank N.A., Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
14066522      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: bankruptcy@phila.gov May 05 2018 01:57:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 05 2018 01:57:03     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14012750      +E-mail/Text: bankruptcy@phila.gov May 05 2018 01:57:13
                 CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13914584       E-mail/Text: cio.bncmail@irs.gov May 05 2018 01:56:26     IRS,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
13978243       E-mail/PDF: resurgentbknotifications@resurgent.com May 05 2018 02:04:00
                 LVNV Funding LLC C/O Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
13934967       E-mail/PDF: resurgentbknotifications@resurgent.com May 05 2018 02:03:54     LVNV Funding, LLC,
                 c/o Resurgent Capital Services,    PO BOX 10675,    Greenville, SC 29603-0675
13914591      +E-mail/Text: bankruptcygroup@peco-energy.com May 05 2018 01:56:28     PECO,    Bankruptcy Group,
                 2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13990717      +E-mail/Text: blegal@phfa.org May 05 2018 01:56:53     PHFA/HEMAP,    211 North Front Street,
                 Harrisburg, PA 17101-1466
13938415       E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 05 2018 01:56:44
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13914597       E-mail/PDF: cbp@onemainfinancial.com May 05 2018 02:03:58     Springleaf Formerly AGF,
                 Evansville Account,    600 N. Royal Avenue,    Evansville, IN 47715
                                                                                              TOTAL: 10
```

        ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
```
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13914583*      Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
13914596     ##+Springleaf Financial / LVNV Funding,    c/o Law Office of Edwin A. Abrahamsen,
                 Attn: Michael F. Ratchford, Esquire,    120 N. Keyser Avenue,    Scranton, PA 18504-9701
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: Christina              Page 2 of 2                   Date Rcvd: May 04, 2018
                              Form ID: pdf900              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2018 at the address(es) listed below:

```
          ALBERT JAMES MILLAR    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy3@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          KEVIN G. MCDONALD    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
           National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S.
           Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. ROF III Legal Title Trust 2015-1, by U.S. Bank
           National Association, as Legal Title Trustee bkgroup@kmllawgroup.com
          ROBERT NEIL BRAVERMAN    on behalf of Plaintiff Samuel A. Mosley robert@bravermanlaw.com
          ROBERT NEIL BRAVERMAN    on behalf of Debtor Samuel A. Mosley robert@bravermanlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| SAMUEL A. MOSLEY, | : | CASE #17-13261/MDC |
| Debtor. | : | Hearing Date: 05/03/2018 @ 11:00 |

**ORDER REINSTATING CHAPTER 13 CASE**

THIS MATTER having been opened to the Court by Robert N. Braverman, Esquire, of the Law Office of Robet Braverman, LLC, attorneys for debtor, Samuel A. Mosley, pursuant to a Motion to Reinstate the within Chapter 13 Case, and the Court having heard the arguments of Counsel, and for good cause shown;

IT IS on this ___3RD___ day of ___May___, 2018, ORDERED that the within Chapter 13 Case be and the same is hereby REINSTATED.

_____
HONORABLE MAGDELINE D. COLEMAN, USBJ