**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                              : CHAPTER 13
**Samuel A. Mosley**                :
                                    :  BANKRUPTCY NO.  **17-13261 MDC**
                Debtor (s)

**P R A E C I P E**

Kindly relist the above captioned Confirmation hearing and/or Motion to Dismiss until 4/4/2019 at 09:30 A.M. before the Hon. Magdeline D. Coleman.

Respectfully submitted,

Date: March 4, 2019                 /s/Jacqueline M. Chandler, Esquire for
                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee
                                    P.O. Box 1299
                                    Philadelphia, PA  19105