# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     Samuel A. Mosley | : |
|         Debtor(s) | : BANKRUPTCY NO.  17-13261 mdc |

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the Praecipe to Relist on the following parties at the address(es) listed below by first class mail.

Samuel A. Mosley
6164 Lindbergh Blvd
Philadelphia, PA 19142

ROBERT NEIL BRAVERMAN
Law Office of Robert Braverman, LLC
Suite 333
1060 N. Kings Highway
Cherry Hill, NJ 08034

Kevin P. Callahan, Esquire
U.S. Department of Justice
Office of the United States Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19106

Date:  March 5, 2019

/s/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee