# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                     Chapter 13

                     Bankruptcy No. 17-13261-MDC

SAMUEL A. MOSLEY

6164 LINDBERGH BLVD

PHILADELPHIA, PA 19142-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

   SAMUEL A. MOSLEY

   6164 LINDBERGH BLVD

   PHILADELPHIA, PA 19142-

Counsel for debtor(s), by electronic notice only.

   ROBERT N BRAVERMAN
   LAW OFFICE OF ROBERT BRAVERMAN
   1060 N. KINGS HIGHWAY  SUITE 333
   CHERRY HILL, NJ 08034-

                                           /S/ William C. Miller

Date: 4/4/2019                      _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee