UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:                :        CHAPTER 13

SAMUEL A. MOSLEY,                :        CASE #17-13261/MDC

　　Debtor.                      :

**PRAECIPE TO RELIST CONFIRMATION HEARING**

Kindly relist the above matter for Confirmation Hearing for June 20, 2019 @ 9:30 am before the Honorable Magdeline D. Coleman, USBJ.

　　　　　　　　　　　　　　　　　　LAW OFFICE OF ROBERT BRAVERMAN, LLC
　　　　　　　　　　　　　　　　　　Attorneys for Debtor,

　　　　　　　　　　　　　　　　　　By:  /s/ Robert N. Braverman
DATED:    May 9, 2019　　　　　　　　ROBERT N. BRAVERMAN, ESQUIRE

Robert N. Braverman, Esquire (I.D. #38312)
Law Office of Robert Braverman, LLC
1060 N. Kings Hwy., Suite #333
Cherry Hill, NJ 08034
Attorneys for Debtor