usbankruptcycourts@noticingcenter.com     5/11/2019 9:15 AM

# U.S. Bankruptcy Court, Eastern District of Pennsylvania - Undeliverable Notice, In re: Samuel A. Mosley, Case Number: 17-13261, mdc, Ref: [p-134559169]

To robert@bravermanlaw.com

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

May 12, 2019

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
In re: Samuel A. Mosley, Case Number 17-13261, mdc

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Philadelphia
900 Market Street
Suite 400
Philadelphia, PA 19107**

---

Undeliverable Address:
Springleaf Financial / LVNV Funding
c/o Law Office of Edwin A. Abrahamsen
Attn: Michael F. Ratchford, Esquire
120 N. Keyser Avenue
Scranton, PA 18504-5511

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:     409 Lackawanna Ave., Suite 320
Scranton, PA 18503

/s/ Robert Braverman, Esq.           May 21, 2019
Signature of Debtor or Debtor's Attorney     Date