IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| SAMUEL MOSLEY | : |
| | : CASE NO. 17-13261 |
| | : |
| | : |
| <u>         DEBTOR         </u> | : |
| | : PLAN OBJECTION |
| SAMUEL MOSLEY | : |
| | : CONFIRMATION HEARING: |
| PLAN PROPONENT | : OCTOBER 3, 2019 @ 9:30 a.m. |
| | : |
| V. | : |
| | : |
| PENNSYLVANIA DEPPARTMENT OF REVENUE | : |
| | : |
| | : |
| PLAN OBJECTANT | : RELATED TO DOCKET NO. 80 |

CERTIFICATE OF SERVICE FOR WITHDRAWAL OF PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

I, A. James Millar, certify under penalty of perjury that I served the above captioned

pleading Objection to Debtor's Chapter 13 Plan on the parties at the below addresses, on

September 4, 2019 by:

**17-13261 Notice will be electronically mailed to:**

A.  JAMES MILLAR
RA-occbankruptcy3@state.pa.us,
RA-occbankruptcy6@state.us.pa

Robert Neil Braverman at robert@bravermanlaw.com

Kevin G. McDonald at bkgroup@kmllawgroup.com

William C. Miller, Esq. at ecfemails@ph13trustee.com, phillaecf@gmail.com

Rebecca Ann Solarz at bkgroup@kmllawgroup.com
Matteo Samuel Weiner at bkgroup@kmllawgroup.com at bkgroup@kmllawgroup.com

United States Trustee ustpregion03.ha.ecf@usdoj.gov

**17-13261 Notice will not be electronically mailed to:**

1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE
P.O. Box 10826
Greenville, SC  29603-0675

William C. Miller
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA  19105

EXECUTED ON: September 5, 2019

|  |  |
|--|--|
| By: | /s/ Albert James Millar |
|  | Counsel |
|  | PA Department of Revenue |
|  | Office of Chief Counsel |
|  | PO Box 281061 |
|  | Harrisburg, PA 17128-1061 |
|  | Attorney I.D. 62053 |
|  | (717) 346-4649 |
|  | Facsimile (717) 772-1459 |
|  | jmillar@pa.gov |