___

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
___

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| SAMUEL A. MOSLEY, | : | CASE #17-13261/MDC |
| Debtor. | : | Hearing Date:   10/24/19 @ 11:30 |

**OBJECTION TO NEWREZ LLC DBA SHELLPOINT MORTGAGE**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Debtor, Samuel A. Mosley, by way of Objection to the Motion for Relief filed by NEWREZ LLC DBA SHELLPOINT MORTGAGE, through his attorney, Robert N. Braverman, Esquire of the Law Office of Robert Braverman, LLC, by way of, states:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted
6. Admitted.
7. Admitted.
8. Admitted.
9. Admitted.
10. Denied.
11. Admitted.
12. Denied
13. Denied

WHEREFORE, it is respectfully requested that the Motion for Relief filed on behalf of Newrez LLC dba Shellpoint Mortgage be DENIED.

LAW OFFICE OF ROBERT BRAVERMAN, LLC
Attorneys for Debtor,

By: /s/ Robert N. Braverman
ROBERT N. BRAVERMAN, ESQUIRE

DATED:     October 4, 2019