___

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

___

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| SAMUEL A. MOSLEY, | : | CASE #17-13261/MDC |
| Debtor. | : | |

### PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO
### MOTION FOR RELIEF FROM STAY OF 1900 CAPITAL TRUST II
### BY U.S. BANK TRUST NATIONAL ASSOCIATION

SAMUEL A. MOSLEY, debtor herein, by and through his attorneys, the LAW OFFICE OF ROBERT BRAVERMAN, LLC respectfully requests:

That the Court withdraw the Objection filed by Robert N. Braverman, Esquire on October 7, 2019 (Docket Entry #91) to the Motion of U.S. Bank Trust National Association for relief from the stay.

LAW OFFICE OF ROBERT BRAVERMAN, LLC
Attorneys for Debtor,

By: /s/ Robert N. Braverman
DATED:    October 22, 2019            ROBERT N. BRAVERMAN, ESQUIRE