**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)**

| | |
|---|---|
| IN RE:<br>**Samuel A. Mosley**<br>Debtor | CHAPTER 13<br><br>CASE NO.: 17-13261-mdc<br><br>HEARING DATE:  October 24, 2019<br>TIME:  11:30 AM<br>LOCATION:  COURTROOM #2 |

**CERTIFICATION OF NO OBJECTION**

TO THE HONORABLE MAGDELINE D. COLEMAN, UNITED STATES CHIEF

BANKRUPTCY JUDGE

I, Michael J. Shavel, Esquire, of the law firm of Hill Wallack LLP, do hereby certify that:

1.  On September 30, 2019, Hill Wallack LLP ("Hill Wallack"), counsel to NewRez LLC dba Shellpoint Mortgage Servicing as servicer for 1900 Capital Trust II, By U.S. Bank Trust National Association, not in its individual capacity but solely as certificate trustee ("Movant") filed a Motion for Relief from the Automatic Stay Provisions pursuant to 11 U.S.C. §362(a) [Doc. # 84] in the above entitled matter.

2.  On September 30, 2019, a copy of the Motion was served upon the appropriate parties in interest as more fully set forth in the Service List filed with the Motion.

3.  On October 7, 2019, Debtor filed objection to Motion for Relief seen as Docket entry 91.

4.  On October 22, Debtor filed Praecipe to withdraw Objection to Motion for Relief listed as Docket entry 92.

WHEREFORE, NewRez LLC dba Shellpoint Mortgage Servicing as servicer for 1900 Capital Trust II, By U.S. Bank Trust National Association, not in its individual capacity but solely as certificate trustee, hereby respectfully requests that this Court enter an Order approving the Motion.

HILL WALLACK LLP

Dated: October 23, 2019

By: /s/ Michael J. Shavel
Michael J. Shavel, Esq., Attorney ID 60554
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Telephone 215-579-7700
Facsimile 215-579-9248
Email: mshavel@hillwallack.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# (PHILADELPHIA)

IN RE:

**Samuel A. Mosley**
Debtor

CHAPTER 13

CASE NO.: 17-13261-mdc

HEARING DATE: October 24, 2019
TIME: 11:30 AM
LOCATION: COURTROOM #2

## CERTIFICATE OF SERVICE

I hereby certify that service was made upon all interested parties, indicated below of the Certification of No Objection in the manner indicated below:

**Samuel A. Mosley**
6164 Lindbergh Blvd
Philadelphia, PA 19142
**Debtor**
**Via Regular Mail**

**William C. Miller, Esq.**
P.O. Box 1229
Philadelphia, PA 19105
**Chapter 13 Trustee**
**Via ECF**

**Robert Neil Braverman, Esquire**
Law Office of Robert Braverman, LLC
1060 N. Kings Highway, Suite 333
Cherry Hill, NJ 08034
**Debtor's Counsel**
**Via ECF**

**United States Trustee**
Office of the U.S. Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
**U.S. Trustee**
**Via ECF**

Date: October 23, 2019

By: /s/ Michael J. Shavel
Michael J. Shavel, Esq., Attorney ID 60554
Hill Wallack, LLP
777 Township Line Road, Suite 250
Yardley, PA 19067
Telephone 215-579-7700
Facsimile 215-579-9248
Email: mshavel@hillwallack.com