UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

IN RE:
**Samuel A. Mosley**
    Debtor

CHAPTER 13

CASE NO.: 17-13261-mdc

HEARING DATE: October 24, 2019
TIME: 11:30 AM
LOCATION: COURTROOM #2

## ORDER FOR RELIEF

AND NOW, this 24th day of October, 2019, upon the Motion of NewRez LLC dba Shellpoint Mortgage Servicing as servicer for 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE ("Movant") for relief from the Automatic Stay, it is

ORDERED THAT: Relief is granted from the automatic stay provisions of 11 U.S.C. § 362(a) to permit Movant to commence or continue its foreclosure on its mortgage on Mortgaged Premises located at 6164 Lindbergh Blvd., Philadelphia, PA 19142 (the "Mortgaged Premises"); to name the Debtor in the foreclosure suit solely for the purpose of foreclosing their interests in the Mortgaged Premises; and to allow the purchaser of the Mortgaged Premises at Sheriff's Sale (or purchaser's assignee) to take any legal action for the enforcement of its rights to possession of said Mortgaged Premises.

ORDERED THAT: The relief granted by this Order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting Relief from the Automatic Stay.

_Magdeline D. C_____
Magdeline D. Coleman
Chief United States Bankruptcy Judge

{Y0602217; 1}