# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| SAMUEL A. MOSLEY, | : | CASE #17-13261/MDC |
| Debtor. | : | Hearing Date: 12/05/2019 @ 11:00 am |

## NOTICE OF MOTION SEEKING ORDER MODIFYING
## CHAPTER 13 PLAN, POST-CONFIRMATION

TO:   All Parties in Interest (See Service List)

Debtor, Samuel A. Mosley, has filed papers with the Court seeking to modify the Chapter 13 Plan, Post Confirmation in the above entitled matter.  **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion then on or before seven (7) days prior to the hearing date, you or your attorney must:

File with the Court a written request for a hearing or, if the Court requires a written response, an answer, explaining your position at the U.S. Bankruptcy Court, Robert N.C. Nix Building, 900 Market Street, Philadelphia, PA 19107.  If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.  You must also mail a copy to:

Robert N. Braverman, Esquire
LAW OFFICE OF ROBERT BRAVERMAN, LLC
1060 N. Kings Hwy., Suite 333
Cherry Hill, NJ 08034

Attend the hearing scheduled to be held on **December 5, 2019 @ 11:00 am in Courtroon #2, U.S. Bankruptcy Court, Robert N.C. Nix Bldg., 900 Market Street, Phila., PA 19107.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

                LAW OFFICE OF ROBERT BRAVERMAN, LLC
                Attorneys for Debtor, Samuel A. Mosley,

                By: /s/ Robert N. Braverman
DATED:    November 4, 2019        ROBERT N. BRAVERMAN, ESQUIRE

| | | |
|---|---|---|
| Office of U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Phila., PA 19107-4405 | William C. Miller, Chapter 13 Trustee<br>PO Box 1229<br>Phila., PA 19105-1229 | 1900 Capital Trust by U.S. Bank Nat'l<br>AIS Portfolio Services, LP<br>Attn: Ketan Sawarkar<br>PO Box 201347<br>Arlington, TX 76006 |
| U.S. ROF III Legal Title Trust 2015-1<br>U.S. Bank National Association c/o<br>Kevin G. McDonald, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Phila., PA 19106-1532 | Specialized Loan Servicing c/o<br>Bonial & Associates, P.C.<br>PO Box 9013<br>Addison, TX 75001 | PA Housing Finance Agency / HEMAP<br>Jada S. Greenhowe, Assistant Counsel<br>211 North Front Street<br>PO Box 8029<br>Harrisburg, PA 17105 |
| U.S. ROF III Legal Title Trust 2015-1<br>U.S. Bank National Association c/o<br>Rebecca Ann Solarz, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Phila., PA 19106-1532 | PA Dept of Revenue-Bureau of Compliance<br>Attn: David Rupert, Bkrtcy Specialist<br>4th & Walnut Streets<br>Harrisburg, PA 17128-0946 | Specialized Loan Service c/o<br>Andrew Kussmaul, Authorized Agent<br>Buckley Madole, P.C.<br>PO Box 9013<br>Addison, TX 75001 |
| U.S. ROF III Legal Title Trust 2015-1<br>U.S. Bank National Association c/o<br>Matteo Samuel Weiner, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Phila., PA 19106-1532 | PA Dept of Revenue-Bureau of Compliance<br>Attn: Albert James Millar, Esquire<br>Office of Chief Counsel<br>PO Box 281061<br>Harrisburg, PA 17128-1061 | Internal Revenue Service<br>Attn: Victoria Mosby, Bkrtcy. Specialist<br>600 Arch Street, Room 5200<br>Phila., PA 19106 |
| City of Phila – Water & Sewer<br>Marissa O'Connell, Deputy City Solicitor<br>Water Revenue Bureau<br>1401 JFK Blvd.<br>Phila., PA 19102-1663 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Phila., PA 19101-7346 | PA Housing Finance Agency / HEMAP<br>Attn: Bankruptcy Dept.<br>211 North Front Street<br>PO Box 15530<br>Harrisburg, PA 15530 |
| Specialized Loan Servicing<br>8742 Lucent Blvd., Suite 300<br>Highlands Ranch, CO 80129 | Springleaf Formerly AGF<br>Evansville Account<br>600 N. Royal Avenue<br>Evansville, IN 47715 | Springleaf Financial c/o<br>LVNV Funding, LLC<br>625 Pilot Road, Suite 2/3<br>Las Vegas, NV 89119 |
| PA Dept of Revenue<br>Bureau of Individual Taxes<br>PO Box 280502<br>Harrisburg, PA 17128-0502 | Enterprise Rent-A-Truck<br>170 Radnor Chester Road, Suite 200<br>Wayne, PA 19087 | PECO<br>Bankruptcy Group<br>2301 Market Street, N3-1<br>Phila., PA 19103 |
| Phila Gas Works<br>Attn: Bankruptcy Dept.<br>800 W. Montgomery Avenue, 3rd Floor<br>Phila., PA 19122 | Rent A Center<br>1102 Chester Pike<br>Sharon Hills, PA 19079 | Springleaf Financial Services, Inc.<br>Attn: Jay N. Levine, CEO<br>PO Box 59<br>Evansville, IN 47701-0059 |
| TD Bank<br>2035 Limestone Road<br>Wilmington, DE 19808 | Internal Revenue Service<br>U.S. Attorney General<br>Ben Franklin Station<br>PO Box 227<br>Washington, DC 20044 | Internal Revenue Service – PA<br>Office of Attorney General<br>Strawberry Square – 16th Floor<br>Harrisburg, PA 17120 |
| Internal Revenue Service – PA<br>U.S. Attorney's Office<br>615 Chestnut Street, 12th Floor<br>Phila., PA 19106 | LVNV Funding LLC c/o<br>Resurgent Capital Services<br>PO Box 10675<br>Greenville, SC 29603 | PA Dept of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 |