## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| SAMUEL A. MOSLEY, | : | CASE #17-13261/MDC |
| Debtor. | : | Hearing Date: 12/05/2019 @ 11:00 am |

### CERTIFICATE OF SERVICE
### (Modified Plan and Notice & Motion to Modify Plan, Post-Confirmation)

Kathy Brocious, of full age, hereby certifies as follows:

1.    I am employed with the Law Office of Robert Braverman, LLC.

2.    On November 5, 2019, I electronically filed with the Bankruptcy Court debtor's Modified Chapter 13 Plan.

3.    Also, on November 5, 2019, I electronically filed a Motion Seeking Order Modifying Chapter 13 Plan, Post-Confirmation, proposed form of Order, and Notice thereof.

3.    On November 5, 2019, I served a copy of the Modified Plan together with the Motion, proposed form of Order, and Notice thereof upon the Chapter 13 Trustee and all interested parties named on the Service List attached via regular mail, postage paid thereon.

I certify that the foregoing statements made by me are true. I am aware that if any of said statements are willfully false, I am subject to punishment.

DATED:    November 5, 2019

/s/ Kathy Brocious
KATHY BROCIOUS

Office of U.S. Trustee
833 Chestnut Street, Suite 500
Phila., PA 19107-4405

William C. Miller, Chapter 13 Trustee
PO Box 1229
Phila., PA 19105-1229

1900 Capital Trust by U.S. Bank Nat'l
AIS Portfolio Services, LP
Attn: Ketan Sawarkar
PO Box 201347
Arlington, TX 76006

U.S. ROF III Legal Title Trust 2015-1
U.S. Bank National Association c/o
Kevin G. McDonald, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106-1532

Specialized Loan Servicing c/o
Bonial & Associates, P.C.
PO Box 9013
Addison, TX 75001

PA Housing Finance Agency / HEMAP
Jada S. Greenhowe, Assistant Counsel
211 North Front Street
PO Box 8029
Harrisburg, PA 17105

U.S. ROF III Legal Title Trust 2015-1
U.S. Bank National Association c/o
Rebecca Ann Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106-1532

PA Dept of Revenue-Bureau of Compliance
Attn: David Rupert, Bkrtcy Specialist
4th & Walnut Streets
Harrisburg, PA 17128-0946

Specialized Loan Service c/o
Andrew Kussmaul, Authorized Agent
Buckley Madole, P.C.
PO Box 9013
Addison, TX 75001

U.S. ROF III Legal Title Trust 2015-1
U.S. Bank National Association c/o
Matteo Samuel Weiner, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Phila., PA 19106-1532

PA Dept of Revenue-Bureau of Compliance
Attn: Albert James Millar, Esquire
Office of Chief Counsel
PO Box 281061
Harrisburg, PA 17128-1061

Internal Revenue Service
Attn: Victoria Mosby, Bkrtcy. Specialist
600 Arch Street, Room 5200
Phila., PA 19106

City of Phila – Water & Sewer
Marissa O'Connell, Deputy City Solicitor
Water Revenue Bureau
1401 JFK Blvd.
Phila., PA 19102-1663

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Phila., PA 19101-7346

PA Housing Finance Agency / HEMAP
Attn: Bankruptcy Dept.
211 North Front Street
PO Box 15530
Harrisburg, PA 15530

Specialized Loan Servicing
8742 Lucent Blvd., Suite 300
Highlands Ranch, CO 80129

Springleaf Formerly AGF
Evansville Account
600 N. Royal Avenue
Evansville, IN 47715

Springleaf Financial c/o
LVNV Funding, LLC
625 Pilot Road, Suite 2/3
Las Vegas, NV 89119

PA Dept of Revenue
Bureau of Individual Taxes
PO Box 280502
Harrisburg, PA 17128-0502

Enterprise Rent-A-Truck
170 Radnor Chester Road, Suite 200
Wayne, PA 19087

PECO
Bankruptcy Group
2301 Market Street, N3-1
Phila., PA 19103

Phila Gas Works
Attn: Bankruptcy Dept.
800 W. Montgomery Avenue, 3rd Floor
Phila., PA 19122

Rent A Center
1102 Chester Pike
Sharon Hills, PA 19079

Springleaf Financial Services, Inc.
Attn: Jay N. Levine, CEO
PO Box 59
Evansville, IN 47701-0059

TD Bank
2035 Limestone Road
Wilmington, DE 19808

Internal Revenue Service
U.S. Attorney General
Ben Franklin Station
PO Box 227
Washington, DC 20044

Internal Revenue Service – PA
Office of Attorney General
Strawberry Square – 16th Floor
Harrisburg, PA 17120

Internal Revenue Service – PA
U.S. Attorney's Office
615 Chestnut Street, 12th Floor
Phila., PA 19106

LVNV Funding LLC c/o
Resurgent Capital Services
PO Box 10675
Greenville, SC 29603

PA Dept of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946