## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| SAMUEL A. MOSLEY, | : | CASE #17-13261/MDC |
| Debtor. | : | **NOTICE OF APPLICATION FOR COMPENSATION AND** |
| | : | **REIMBURSEMENT OF EXPENSES** |

TO:   All Creditors & Parties in Interest (See Service List)

Notice is hereby given that:

1. Robert N. Braverman, Esquire, attorney for debtor, has filed an Application for Compensation And Reimbursement of Expenses for services rendered on behalf of the debtor in the within proceedings for the period May 2, 2017 through October 22, 2019 in the amount of $3,500.00 in compensation ($1,250.00 previously received, $2,250.00 through Plan) and $310.00 for costs ($310.00 previously received).

2. The debtor paid to the Applicant the sum of $1,250.00 as a retainer prior to the filing of the Voluntary Petition.

3. Any creditor or party in interest who objects to the allowance of the compensation requested should file written objections with the Clerk of the Bankruptcy Court, 31326 United States Courthouse, 900 Market Street, Suite #400, Philadelphia, PA 19107 and serve a copy upon the applicant, whose name and address appears below, on or before twenty (20) days from the date of this Notice. Thereupon, the Court shall schedule a hearing on any such objection.

4. In the absence of the filing of objections, the Court may, upon consideration of the record, grant Applicant's request for compensation and costs.

LAW OFFICE OF ROBERT BRAVERMAN, LLC
Attorneys for Debtor,

By: /s/ Robert N. Braverman
ROBERT N. BRAVERMAN, ESQUIRE

DATED:   November 6, 2019

| | | |
|---|---|---|
| Office of U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Phila., PA 19107-4405 | William C. Miller, Chapter 13 Trustee<br>PO Box 1229<br>Phila., PA 19105-1229 | 1900 Capital Trust by U.S. Bank Nat'l<br>AIS Portfolio Services, LP<br>Attn: Ketan Sawarkar<br>PO Box 201347<br>Arlington, TX 76006 |
| U.S. ROF III Legal Title Trust 2015-1<br>U.S. Bank National Association c/o<br>Kevin G. McDonald, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Phila., PA 19106-1532 | Specialized Loan Servicing c/o<br>Bonial & Associates, P.C.<br>PO Box 9013<br>Addison, TX 75001 | PA Housing Finance Agency / HEMAP<br>Jada S. Greenhowe, Assistant Counsel<br>211 North Front Street<br>PO Box 8029<br>Harrisburg, PA 17105 |
| U.S. ROF III Legal Title Trust 2015-1<br>U.S. Bank National Association c/o<br>Rebecca Ann Solarz, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Phila., PA 19106-1532 | PA Dept of Revenue-Bureau of Compliance<br>Attn: David Rupert, Bkrtcy Specialist<br>4th & Walnut Streets<br>Harrisburg, PA 17128-0946 | Specialized Loan Service c/o<br>Andrew Kussmaul, Authorized Agent<br>Buckley Madole, P.C.<br>PO Box 9013<br>Addison, TX 75001 |
| U.S. ROF III Legal Title Trust 2015-1<br>U.S. Bank National Association c/o<br>Matteo Samuel Weiner, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Phila., PA 19106-1532 | PA Dept of Revenue-Bureau of Compliance<br>Attn: Albert James Millar, Esquire<br>Office of Chief Counsel<br>PO Box 281061<br>Harrisburg, PA 17128-1061 | Internal Revenue Service<br>Attn: Victoria Mosby, Bkrtcy. Specialist<br>600 Arch Street, Room 5200<br>Phila., PA 19106 |
| City of Phila – Water & Sewer<br>Marissa O'Connell, Deputy City Solicitor<br>Water Revenue Bureau<br>1401 JFK Blvd.<br>Phila., PA 19102-1663 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Phila., PA 19101-7346 | PA Housing Finance Agency / HEMAP<br>Attn: Bankruptcy Dept.<br>211 North Front Street<br>PO Box 15530<br>Harrisburg, PA 15530 |
| Specialized Loan Servicing<br>8742 Lucent Blvd., Suite 300<br>Highlands Ranch, CO 80129 | Springleaf Formerly AGF<br>Evansville Account<br>600 N. Royal Avenue<br>Evansville, IN 47715 | Springleaf Financial c/o<br>LVNV Funding, LLC<br>625 Pilot Road, Suite 2/3<br>Las Vegas, NV 89119 |
| PA Dept of Revenue<br>Bureau of Individual Taxes<br>PO Box 280502<br>Harrisburg, PA 17128-0502 | Enterprise Rent-A-Truck<br>170 Radnor Chester Road, Suite 200<br>Wayne, PA 19087 | PECO<br>Bankruptcy Group<br>2301 Market Street, N3-1<br>Phila., PA 19103 |
| Phila Gas Works<br>Attn: Bankruptcy Dept.<br>800 W. Montgomery Avenue, 3rd Floor<br>Phila., PA 19122 | Rent A Center<br>1102 Chester Pike<br>Sharon Hills, PA 19079 | Springleaf Financial Services, Inc.<br>Attn: Jay N. Levine, CEO<br>PO Box 59<br>Evansville, IN 47701-0059 |
| TD Bank<br>2035 Limestone Road<br>Wilmington, DE 19808 | Internal Revenue Service<br>U.S. Attorney General<br>Ben Franklin Station<br>PO Box 227<br>Washington, DC 20044 | Internal Revenue Service – PA<br>Office of Attorney General<br>Strawberry Square – 16th Floor<br>Harrisburg, PA 17120 |
| Internal Revenue Service – PA<br>U.S. Attorney's Office<br>615 Chestnut Street, 12th Floor<br>Phila., PA 19106 | LVNV Funding LLC c/o<br>Resurgent Capital Services<br>PO Box 10675<br>Greenville, SC 29603 | PA Dept of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 |