# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| SAMUEL A. MOSLEY, | : | CASE #17-13261/MDC |
| Debtor. | : | **CERTIFICATE OF SERVICE** |

KATHY BROCIOUS, of full age, certifies as follows:

1. I am employed with the Law Office of Robert Braverman, LLC, attorneys for the above-captioned debtor.

2. On November 6, 2019, I electronically filed with the U.S. Bankruptcy Court an Application for Compensation and Reimbursement of Expenses together with proposed form of Order and Notice thereof.

3. On or about November 6, 2019, I forwarded to all parties in interest (See Service List) a copy of the Notice of Application for Compensation and Reimbursement of Expenses filed in the above matter, via regular mail, postage paid thereon.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

DATED:   November 6, 2019

/s/ Kathy Brocious
KATHY BROCIOUS

| | | |
|---|---|---|
| Office of U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Phila., PA 19107-4405 | William C. Miller, Chapter 13 Trustee<br>PO Box 1229<br>Phila., PA 19105-1229 | 1900 Capital Trust by U.S. Bank Nat'l<br>AIS Portfolio Services, LP<br>Attn: Ketan Sawarkar<br>PO Box 201347<br>Arlington, TX 76006 |
| U.S. ROF III Legal Title Trust 2015-1<br>U.S. Bank National Association c/o<br>Kevin G. McDonald, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Phila., PA 19106-1532 | Specialized Loan Servicing c/o<br>Bonial & Associates, P.C.<br>PO Box 9013<br>Addison, TX 75001 | PA Housing Finance Agency / HEMAP<br>Jada S. Greenhowe, Assistant Counsel<br>211 North Front Street<br>PO Box 8029<br>Harrisburg, PA 17105 |
| U.S. ROF III Legal Title Trust 2015-1<br>U.S. Bank National Association c/o<br>Rebecca Ann Solarz, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Phila., PA 19106-1532 | PA Dept of Revenue-Bureau of Compliance<br>Attn: David Rupert, Bkrtcy Specialist<br>4th & Walnut Streets<br>Harrisburg, PA 17128-0946 | Specialized Loan Service c/o<br>Andrew Kussmaul, Authorized Agent<br>Buckley Madole, P.C.<br>PO Box 9013<br>Addison, TX 75001 |
| U.S. ROF III Legal Title Trust 2015-1<br>U.S. Bank National Association c/o<br>Matteo Samuel Weiner, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Phila., PA 19106-1532 | PA Dept of Revenue-Bureau of Compliance<br>Attn: Albert James Millar, Esquire<br>Office of Chief Counsel<br>PO Box 281061<br>Harrisburg, PA 17128-1061 | Internal Revenue Service<br>Attn: Victoria Mosby, Bkrtcy. Specialist<br>600 Arch Street, Room 5200<br>Phila., PA 19106 |
| City of Phila – Water & Sewer<br>Marissa O'Connell, Deputy City Solicitor<br>Water Revenue Bureau<br>1401 JFK Blvd.<br>Phila., PA 19102-1663 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Phila., PA 19101-7346 | PA Housing Finance Agency / HEMAP<br>Attn: Bankruptcy Dept.<br>211 North Front Street<br>PO Box 15530<br>Harrisburg, PA 15530 |
| Specialized Loan Servicing<br>8742 Lucent Blvd., Suite 300<br>Highlands Ranch, CO 80129 | Springleaf Formerly AGF<br>Evansville Account<br>600 N. Royal Avenue<br>Evansville, IN 47715 | Springleaf Financial c/o<br>LVNV Funding, LLC<br>625 Pilot Road, Suite 2/3<br>Las Vegas, NV 89119 |
| PA Dept of Revenue<br>Bureau of Individual Taxes<br>PO Box 280502<br>Harrisburg, PA 17128-0502 | Enterprise Rent-A-Truck<br>170 Radnor Chester Road, Suite 200<br>Wayne, PA 19087 | PECO<br>Bankruptcy Group<br>2301 Market Street, N3-1<br>Phila., PA 19103 |
| Phila Gas Works<br>Attn: Bankruptcy Dept.<br>800 W. Montgomery Avenue, 3rd Floor<br>Phila., PA 19122 | Rent A Center<br>1102 Chester Pike<br>Sharon Hills, PA 19079 | Springleaf Financial Services, Inc.<br>Attn: Jay N. Levine, CEO<br>PO Box 59<br>Evansville, IN 47701-0059 |
| TD Bank<br>2035 Limestone Road<br>Wilmington, DE 19808 | Internal Revenue Service<br>U.S. Attorney General<br>Ben Franklin Station<br>PO Box 227<br>Washington, DC 20044 | Internal Revenue Service – PA<br>Office of Attorney General<br>Strawberry Square – 16th Floor<br>Harrisburg, PA 17120 |
| Internal Revenue Service – PA<br>U.S. Attorney's Office<br>615 Chestnut Street, 12th Floor<br>Phila., PA 19106 | LVNV Funding LLC c/o<br>Resurgent Capital Services<br>PO Box 10675<br>Greenville, SC 29603 | PA Dept of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 |