## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| SAMUEL A. MOSLEY, | : | CASE #17-13261/MDC |
| Debtors. | : | Hearing Date: 12/05/2019 @ 11:00 am |

### CERTIFICATION OF NO RESPONSE
### To Modified Plan and Notice & Motion to Modify Plan, Post-Confirmation

ROBERT N. BRAVERMAN, ESQUIRE, of full age, does hereby certify as follows:

1. On May 5, 2017, debtors filed a Chapter 13 Bankruptcy Petition in the United States Bankruptcy Court for the Eastern District of Pennsylvania.

2. On or about November 5, 2019, debtors' Modified Chapter 13 Plan was electronically filed with the Court.

3. Also, on November 5, 2019, a Motion Seeking to Modify Debtors' Chapter 13 Plan, Post-Confirmation together with proposed form of Order and Notice thereon were also electronically filed with the Court.

4. On November 5, 2019, each of the aforementioned documents (Modified Plan, Motion, Order and Notice) were mailed to all creditors involved (as indicated on the Certificate of Service filed in this matter), via regular mail, postage paid thereon.

5. To date, no objections have been received regarding the Modified Plan, the Motion and Notice filed herein.

6. Consequently, it is respectfully requested that the Motion Seeking Approval of the Modified Chapter 13 Plan filed Post-Confirmation be allowed.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

By: /s/ Robert N. Braverman
ROBERT N. BRAVERMAN, ESQUIRE

DATED:    November 29, 2019