_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
_____

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| SAMUEL A. MOSLEY, | : | CASE #17-13261/MDC |
| Debtor. | : | **CERTIFICATE OF SERVICE** |

Kristie Gresh, of full age, certifies as follows:

1. I am employed with McDowell Law, PC, attorneys for the above-captioned debtor.

2. On February 18, 2020, I electronically filed with the U.S. Bankruptcy Court debtor's Amended Chapter 13 Plan.

3. On February 19, 2020, I forwarded to all parties in interest (See Service List) a copy of the filed Amended Chapter 13 Plan, via regular mail, postage paid thereon.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                                              /s/ Kristie Gresh

DATED:    February 19, 2020         Kristie Gresh

Robert N. Braverman, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08054
Attorneys for Debtor