## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| SAMUEL A. MOSLEY, | : | CASE #17-13261/MDC |
| Debtor. | : | Hearing Date: 12/05/2019 @ 11:00 am |

### ORDER MODIFYING CHAPTER 13 PLAN, POST-CONFIRMATION

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE, of the Law Office of Robert Braverman, LLC, attorneys for debtor, SAMUEL A. MOSLEY, pursuant to a Notice of Motion Seeking Order Modifying debtor's Chapter 13 Plan, Post-Confirmation, and the Court having reviewed the documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is on this \_\_19th\_\_ day of _____March_____, 2019 ORDERED that debtor's Modified Chapter 13 Plan is hereby approved.

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE