**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 17-13261-MDC

SAMUEL A. MOSLEY

6164 LINDBERGH BLVD

PHILADELPHIA, PA 19142-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    SAMUEL A. MOSLEY

    6164 LINDBERGH BLVD

    PHILADELPHIA, PA 19142-

Counsel for debtor(s), by electronic notice only.

    ROBERT N BRAVERMAN, ESQ
    MCDOWELL LAW PC
    46 WEST MAIN STREET
    MAPLE SHADE, NJ 08002-

Date: 7/22/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee