UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF:                :        CHAPTER 13

SAMUEL A. MOSLEY,                :        CASE #17-13261/MDC

   Debtor.                      :        **CERTIFICATE OF SERVICE**

Kristie Gresh, of full age, certifies as follows:

1. I am employed with McDowell Law, PC, attorneys for the above-captioned debtor.

2. On September 30, 2020, I electronically filed with the U.S. Bankruptcy Court debtor's Amended Chapter 13 Plan.

3. On October 7, 2020, I forwarded to all parties in interest (See Service List) a copy of the filed Amended Chapter 13 Plan, via regular mail, postage paid thereon.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

                                          /s/ Kristie Gresh
DATED:    October 7, 2020                Kristie Gresh

Robert N. Braverman, Esquire
McDowell Law, PC
46 West Main Street
Maple Shade, NJ 08054
Attorneys for Debtor

| | | |
|---|---|---|
| Office of U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Phila., PA 19107-4405 | William C. Miller, Chapter 13 Trustee<br>PO Box 1229<br>Phila., PA 19105-1229 | 1900 Capital Trust by U.S. Bank Nat'l<br>AIS Portfolio Services, LP<br>Attn: Ketan Sawarkar<br>PO Box 201347<br>Arlington, TX 76006 |
| U.S. ROF III Legal Title Trust 2015-1<br>U.S. Bank National Association c/o<br>Kevin G. McDonald, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Phila., PA 19106-1532 | Specialized Loan Servicing c/o<br>Bonial & Associates, P.C.<br>PO Box 9013<br>Addison, TX 75001 | PA Housing Finance Agency / HEMAP<br>Jada S. Greenhowe, Assistant Counsel<br>211 North Front Street<br>PO Box 8029<br>Harrisburg, PA 17105 |
| U.S. ROF III Legal Title Trust 2015-1<br>U.S. Bank National Association c/o<br>Rebecca Ann Solarz, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Phila., PA 19106-1532 | PA Dept of Revenue-Bureau of Compliance<br>Attn: David Rupert, Bkrtcy Specialist<br>4th & Walnut Streets<br>Harrisburg, PA 17128-0946 | Specialized Loan Service c/o<br>Andrew Kussmaul, Authorized Agent<br>Buckley Madole, P.C.<br>PO Box 9013<br>Addison, TX 75001 |
| U.S. ROF III Legal Title Trust 2015-1<br>U.S. Bank National Association c/o<br>Matteo Samuel Weiner, Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Phila., PA 19106-1532 | PA Dept of Revenue-Bureau of Compliance<br>Attn: Albert James Millar, Esquire<br>Office of Chief Counsel<br>PO Box 281061<br>Harrisburg, PA 17128-1061 | Internal Revenue Service<br>Attn: Victoria Mosby, Bkrtcy. Specialist<br>600 Arch Street, Room 5200<br>Phila., PA 19106 |
| City of Phila – Water & Sewer<br>Marissa O'Connell, Deputy City Solicitor<br>Water Revenue Bureau<br>1401 JFK Blvd.<br>Phila., PA 19102-1663 | Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Phila., PA 19101-7346 | PA Housing Finance Agency / HEMAP<br>Attn: Bankruptcy Dept.<br>211 North Front Street<br>PO Box 15530<br>Harrisburg, PA 15530 |
| Specialized Loan Servicing<br>8742 Lucent Blvd., Suite 300<br>Highlands Ranch, CO 80129 | Springleaf Formerly AGF<br>Evansville Account<br>600 N. Royal Avenue<br>Evansville, IN 47715 | Springleaf Financial c/o<br>LVNV Funding, LLC<br>625 Pilot Road, Suite 2/3<br>Las Vegas, NV 89119 |
| PA Dept of Revenue<br>Bureau of Individual Taxes<br>PO Box 280502<br>Harrisburg, PA 17128-0502 | Enterprise Rent-A-Truck<br>170 Radnor Chester Road, Suite 200<br>Wayne, PA 19087 | PECO<br>Bankruptcy Group<br>2301 Market Street, N3-1<br>Phila., PA 19103 |
| Phila Gas Works<br>Attn: Bankruptcy Dept.<br>800 W. Montgomery Avenue, 3rd Floor<br>Phila., PA 19122 | Rent A Center<br>1102 Chester Pike<br>Sharon Hills, PA 19079 | Springleaf Financial Services, Inc.<br>Attn: Jay N. Levine, CEO<br>PO Box 59<br>Evansville, IN 47701-0059 |
| TD Bank<br>2035 Limestone Road<br>Wilmington, DE 19808 | Internal Revenue Service<br>U.S. Attorney General<br>Ben Franklin Station<br>PO Box 227<br>Washington, DC 20044 | Internal Revenue Service – PA<br>Office of Attorney General<br>Strawberry Square – 16th Floor<br>Harrisburg, PA 17120 |
| Internal Revenue Service – PA<br>U.S. Attorney's Office<br>615 Chestnut Street, 12th Floor<br>Phila., PA 19106 | LVNV Funding LLC c/o<br>Resurgent Capital Services<br>PO Box 10675<br>Greenville, SC 29603 | PA Dept of Revenue<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 |