United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-13261-mdc |
| Samuel A. Mosley | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel A. Mosley, 6164 Lindbergh Blvd, Philadelphia, PA 19142-3414 |
| cr | + | 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | Email/Text: bncnotice@ph13trustee.com | Dec 15 2020 03:45:00 | WILLIAM C. MILLER, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105-1229 |
| cr | + | Email/Text: blegal@phfa.org | Dec 15 2020 03:45:00 | Pennsylvania Housing Finance Agency-Homeowners Eme, 2101 North Front Street, Harrisburg, PA 17110-1086 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2020    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
| Date Rcvd: Dec 14, 2020 | Form ID: pdf900 | Total Noticed: 4 |

KEVIN G. MCDONALD
    on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee
    bkgroup@kmllawgroup.com

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program
    lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com

MATTEO SAMUEL WEINER
    on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee
    bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
    on behalf of Creditor 1900 Capital Trust II  BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
    CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE mshavel@hillwallack.com,
    skenny@hillwallack.com;lharkins@hillwallack.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee
    bkgroup@kmllawgroup.com

ROBERT NEIL BRAVERMAN
    on behalf of Debtor Samuel A. Mosley rbraverman@mcdowelllegal.com
    kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@
    mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

ROBERT NEIL BRAVERMAN
    on behalf of Plaintiff Samuel A. Mosley rbraverman@mcdowelllegal.com
    kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@
    mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com  philaecf@gmail.com

TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN THE MATTER OF: | : | CHAPTER 13 |
| SAMUEL A. MOSLEY, | : | CASE #17-13261/MDC |
| Debtor. | : | Hearing Date: 10/01/2020 @ 11:00 am |

**ORDER MODIFYING CHAPTER 13 PLAN, POST-CONFIRMATION**

This matter having been opened to the Court by ROBERT N. BRAVERMAN, ESQUIRE, of the Law Office of Robert Braverman, LLC, attorneys for debtor, SAMUEL A. MOSLEY, pursuant to a Notice of Motion Seeking Order Modifying debtor's Chapter 13 Plan, Post-Confirmation, and the Court having reviewed the documents filed herein and having heard the arguments of counsel, and for good cause shown;

It is on this __13th__ day of __December__, 2020 ORDERED that debtor's Modified Chapter 13 Plan is hereby approved.

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE