# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-13261-MDC

SAMUEL A. MOSLEY

6164 LINDBERGH BLVD

PHILADELPHIA, PA 19142-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  SAMUEL A. MOSLEY

  6164 LINDBERGH BLVD

  PHILADELPHIA, PA 19142-

Counsel for debtor(s), by electronic notice only.

  ROBERT N BRAVERMAN, ESQ
  MCDOWELL LAW PC
  46 WEST MAIN STREET
  MAPLE SHADE, NJ 08002-

Date: 8/16/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee