# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>Samuel A. Mosley<br><br>Debtor. | Chapter 13<br><br>Case No. 17-13261-mdc<br><br>Judge: Magdeline D. Coleman |

## ORDER

AND NOW, this __12th__ day of __September__ 2022, upon consideration of the Supplemental Application of McDowell Law, PC, Counsel for the Debtor, Samuel A. Mosley, for Allowance and Disbursement of Compensation After Confirmation, and responses, if any, hereto,

IT IS hereby ORDERED and DECREED that:

1. The Supplemental Application of McDowell Law, PC, counsel for the Debtor, Samuel A. Mosley for allowance and disbursement of compensation after confirmation (the "Application") is GRANTED; and

2. There shall be awarded to McDowell Law, PC compensation in the amount of **$505** for actual and necessary services rendered by it on behalf of the Debtor for the period March 21, 2022 through June 22, 2022.

3. The Debtor paid $1,560 ($1,250 fees and $310 expenses) prior to filing the bankruptcy and $2,250 was disbursed to the Applicant pursuant to the December 5, 2019 Order Granting Application for Compensation (docket #109).

4. The Supplemental Fee in the amount of $505 shall be paid by the Debtor to the Applicant outside of the Debtor's Chapter 13 Plan.

BY THE COURT:

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge