United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                Case No. 17-13261-mdc

Samuel A. Mosley                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Samuel A. Mosley, 6164 Lindbergh Blvd, Philadelphia, PA 19142-3414 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com |

MATTEO SAMUEL WEINER
  on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee
  bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
  on behalf of Creditor 1900 Capital Trust II  BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL
  CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE mshavel@hillwallack.com,
  ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

REBECCA ANN SOLARZ
  on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee
  bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT NEIL BRAVERMAN
  on behalf of Debtor Samuel A. Mosley rbraverman@mcdowelllegal.com
  kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@
  mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

ROBERT NEIL BRAVERMAN
  on behalf of Plaintiff Samuel A. Mosley rbraverman@mcdowelllegal.com
  kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@
  mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

United States Trustee
  USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 11

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **Chapter 13** |
| **Samuel A. Mosley** | **Case No. 17-13261-mdc** |
| **Debtor.** | **Judge: Magdeline D. Coleman** |

### ORDER

AND NOW, this ___12th___ day of _____September_____ 2022, upon consideration of the Supplemental Application of McDowell Law, PC, Counsel for the Debtor, Samuel A. Mosley, for Allowance and Disbursement of Compensation After Confirmation, and responses, if any, hereto,

IT IS hereby ORDERED and DECREED that:

1.      The Supplemental Application of McDowell Law, PC, counsel for the Debtor, Samuel A. Mosley for allowance and disbursement of compensation after confirmation (the "Application") is GRANTED; and

2.      There shall be awarded to McDowell Law, PC compensation in the amount of **$505** for actual and necessary services rendered by it on behalf of the Debtor for the period March 21, 2022 through June 22, 2022.

3.      The Debtor paid $1,560 ($1,250 fees and $310 expenses) prior to filing the bankruptcy and $2,250 was disbursed to the Applicant pursuant to the December 5, 2019 Order Granting Application for Compensation (docket #109).

4.      The Supplemental Fee in the amount of $505 shall be paid by the Debtor to the Applicant outside of the Debtor's Chapter 13 Plan.

BY THE COURT:

_Magdeline D. Coleman_
_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge