# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-13261-MDC

SAMUEL A. MOSLEY

6164 LINDBERGH BLVD

PHILADELPHIA, PA 19142-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SAMUEL A. MOSLEY

6164 LINDBERGH BLVD

PHILADELPHIA, PA 19142-

Counsel for debtor(s), by electronic notice only.

ROBERT N BRAVERMAN, ESQ
MCDOWELL LAW PC
46 WEST MAIN STREET
MAPLE SHADE, NJ 08002-

    /S/ Kenneth E. West

Date: 2/1/2023    _____

    Kenneth E. West, Esquire
    Chapter 13 Standing Trustee