Certificate Number: 05781-PAE-DE-037990536

Bankruptcy Case Number: 17-13261



05781-PAE-DE-037990536

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 4, 2023, at 9:07 o'clock AM PST, Samuel Mosley completed a course on personal financial management given by telephone by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    December 4, 2023                    By:    /s/Allison M Geving

                                             Name:  Allison M Geving

                                             Title: President