United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Samuel A. Mosley  
    Debtor

Case No. 17-13261-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3  
Date Rcvd: Dec 06, 2023     Form ID: 138OBJ     Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel A. Mosley, 6164 Lindbergh Blvd, Philadelphia, PA 19142-3414 |
| 14266301 | + | 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL, P.O. Box 10826, Greenville, SC 29603-0826 |
| 13914581 | | City of Philadelphia Water/Sewer, Water Revenue Bureau, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |
| 14538120 | + | HEMAP PA Housing Finance Angency, c/o Leon P. Haller, Esq., PURCELL, KRUG & HALLER, 1719 North Front Street, Harrisburg, PA 17102-2392 |
| 13914585 | + | IRS- PA Attorney General United States, Ben Franklin Station, P.O. Box 227, Washington, DC 20044-0227 |
| 13914586 | + | IRS-PA Penn. Office of Attorney General, 16th Floor-Strawberry Square, Harrisburg, PA 17120-0001 |
| 13914587 | + | IRS-PA Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114-0326 |
| 13914588 | + | IRS-PA US Attorney's Office, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 13914589 | | PA Department of Revenue, Bureau of Individual Taxes, P.O. Box 280502, Harrisburg, PA 17128-0502 |
| 13914590 | | PA Housing Finance Agency HEMAP, Attn: Bankruptcy Department, 211 North Front Street, P.O. Box 15530, Harrisburg, PA 17105-5530 |
| 13952842 | + | Rebecca A. Solarz, Esquire, KML Law Group, P.C., Atty for NBS Specialized Loan Services, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13914593 | + | Rent A Center, 1102 Chester Pike, Sharon Hill, PA 19079-1919 |
| 13914596 | + | Springleaf Financial / LVNV Funding, 409 Lackawanna Avenue, Suite 320, Scranton, PA 18503-2087 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 07 2023 00:30:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14012750 | + | Email/Text: megan.harper@phila.gov | Dec 07 2023 00:30:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13914582 | + | Email/Text: bankruptcynotifications@ehi.com | Dec 07 2023 00:29:00 | Enterprise Rent-A-Car, 600 Corporate Park Drive, St. Louis, MO 63105-4211 |
| 13914584 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 07 2023 00:29:00 | IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13978243 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2023 00:44:18 | LVNV Funding LLC C/O Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 13934967 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2023 00:44:18 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 13914591 | + | Email/Text: bankruptcygroup@peco-energy.com | Dec 07 2023 00:29:00 | PECO, Bankruptcy Group, 2301 Market Street, N3-1, Philadelphia, PA 19103-1338 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 13990717 | + | Email/Text: blegal@phfa.org | Dec 07 2023 00:29:00 | PHFA/HEMAP, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 13938415 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 07 2023 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13914592 | ^ | MEBN | Dec 07 2023 00:19:48 | Philadelphia Gas Works, Attn: Bankruptcy Dept, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2898 |
| 13914597 | | Email/PDF: cbp@omf.com | Dec 07 2023 00:43:29 | Springleaf Formerly AGF, Evansville Account, 600 N. Royal Avenue, Evansville, IN 47715 |
| 13914594 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 07 2023 00:29:00 | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highlands Ranch, CO 80129-2386 |
| 13914595 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2023 00:43:28 | Springleaf Financial, c/o LVNV Funding LLC, 625 Pilot Road, Suite 2/3, Las Vegas, NV 89119-4485 |
| 13914598 | ^ | MEBN | Dec 07 2023 00:19:50 | TD Bank, 2035 Limestone Road, Wilmington, DE 19808-5529 |
| 13933801 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 07 2023 00:29:00 | U.S. Bank N.A., Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14066522 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Dec 07 2023 00:29:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13914583 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14019210 | ##+ | Robert N. Braverman, Esquire, Law Office of Robert Braverman, LLC, 1060 N. Kings Hwy., Suite #333, Cherry Hill, NJ 08034-1910 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2023          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|

Case 17-13261-mdc    Doc 183    Filed 12/08/23    Entered 12/09/23 00:33:35    Desc
Imaged Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2023 | Form ID: 138OBJ | Total Noticed: 29 |

| | |
|---|---|
| ALBERT JAMES MILLAR | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us RA-occbankruptcy6@state.pa.us |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1 by U.S. Bank National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| JOSEPH JASPER SWARTZ | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us RA-occbankruptcy6@state.pa.us |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1 by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1 by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com |
| MICHAEL J. SHAVEL | on behalf of Creditor 1900 Capital Trust II BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com |
| ROBERT NEIL BRAVERMAN | on behalf of Plaintiff Samuel A. Mosley rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| ROBERT NEIL BRAVERMAN | on behalf of Debtor Samuel A. Mosley rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Samuel A. Mosley
        Debtor(s)

Case No: 17−13261−mdc
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
             Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/6/23

182 − 177
Form 138OBJ