United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 17-13261-mdc

Samuel A. Mosley                                                                    Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                          Page 1 of 3

Date Rcvd: Jan 03, 2024                   Form ID: 3180W                            Total Noticed: 10

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel A. Mosley, 6164 Lindbergh Blvd, Philadelphia, PA 19142-3414 |
| 14266301 | + | 1900 Capital Trust II, BY U.S. BANK TRUST NATIONAL, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 04 2024 00:17:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14012750 | + | Email/Text: megan.harper@phila.gov | Jan 04 2024 00:17:00 | CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT, BANKRUPTCY GROUP, MSB, 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR, PHILADELPHIA, PA 19102-1640 |
| 13914584 | | EDI: IRS.COM | Jan 04 2024 05:16:00 | IRS, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13934967 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 04 2024 00:21:32 | LVNV Funding, LLC, c/o Resurgent Capital Services, PO BOX 10675, Greenville, SC 29603-0675 |
| 13990717 | + | Email/Text: blegal@phfa.org | Jan 04 2024 00:17:00 | PHFA/HEMAP, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 13938415 | | EDI: PENNDEPTREV | Jan 04 2024 05:16:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13938415 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 04 2024 00:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 13914592 | ^ | MEBN | Jan 04 2024 00:10:07 | Philadelphia Gas Works, Attn: Bankruptcy Dept, 800 W. Montgomery Avenue, 3rd Floor, Philadelphia, PA 19122-2898 |
| 14066522 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jan 04 2024 00:17:00 | U.S. Bank National Association Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 9

# BYPASSED RECIPIENTS

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 03, 2024 | Form ID: 3180W | Total Noticed: 10 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14019210 | ##+ | Robert N. Braverman, Esquire, Law Office of Robert Braverman, LLC, 1060 N. Kings Hwy., Suite #333, Cherry Hill, NJ 08034-1910 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2024 at the address(es) listed below:**

**Name**   **Email Address**

ALBERT JAMES MILLAR
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy3@state.pa.us  RA-occbankruptcy6@state.pa.us

BRIAN CRAIG NICHOLAS
on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JOSEPH JASPER SWARTZ
on behalf of Creditor PA Dept of Revenue RA-occbankruptcy2@state.pa.us  RA-occbankruptcy6@state.pa.us

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com

LEON P. HALLER
on behalf of Creditor Pennsylvania Housing Finance Agency-Homeowners Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MATTEO SAMUEL WEINER
on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee bkgroup@kmllawgroup.com

MICHAEL J. SHAVEL
on behalf of Creditor 1900 Capital Trust II  BY U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE mshavel@hillwallack.com, ldejesus@hillwallack.com;lharkins@ecf.courtdrive.com;mshavel@ecf.courtdrive.com;aemberger@ecf.courtdrive.com

ROBERT NEIL BRAVERMAN
on behalf of Plaintiff Samuel A. Mosley rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@ mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

ROBERT NEIL BRAVERMAN
on behalf of Debtor Samuel A. Mosley rbraverman@mcdowelllegal.com kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowelllegal.com;lwood@ mcdowelllegal.com;kbrocious@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com

District/off: 0313-2                                  User: admin                                                    Page 3 of 3
Date Rcvd: Jan 03, 2024                              Form ID: 3180W                                        Total Noticed: 10

United States Trustee

          USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Samuel A. Mosley | Social Security number or ITIN   xxx–xx–3464 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   17–13261–mdc

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Samuel A. Mosley

1/3/24

**By the court:** <u>Magdeline D. Coleman</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                **Chapter 13 Discharge**                page 2